# EXHIBIT 1

# Cold Steel Competition Throwing Hatchet 16.00 In Length - 90axf

Description

Sorry, this item is temporarily unavailable.



add to list add to registry

## Description

Item # SPM10082426922 Model # 90AXF

Cold Steel Competition Throwing Hatchet 16.00 In Length - 90axf UPC: 705442018971 Mfg Part#: 90AXF
Vendor: Cold Steel SKU#: 4018166
ColdSteel modified their Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!Category:Knives n Tools : Axes n Hatchets
**Added on June 19, 2019**

**More Information**

Find additional warranty information

Return Policy

**WARNING: California Residents - Proposition 65**