# EXHIBIT 3

reliks.com

etition Throwing Hatchet 16.00 In Length - 90axf | 16 Inch Competition Throwing Hatchet (NATF and WATL Compliant 90AXF | OsoGr... | Competition Thrower - Axes - Cold St

Reliks | About | Contact / Hours | Cart (0) | Search

Reliks.com
Swords, Knives and Collectibles

840 Dulaney Dr. London, ON
Order Line: 1-888-473-5457
Questions: sales@reliks.com

- What's New
- On Sale Now
- Functional Swords
- Decorative Swords
- Fixed Blade Knives
- Folding Knives
- Daggers
- Clothing & Garb
- Shields and Armor
- Classic Armaments
  - Spears / Polearms
  - Hammers / Maces
  - Axes
  - Staff/ Eskrima
  - Synthetic Trainers
  - Specialty Arms

Home / Armaments / Axes / Competition Thrower

# Competition Thrower

By: Cold Steel




COLD STEEL

## Meets NATF And WATL Regulations

Cold Steel has modified the Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal touch and bring your

**Ready to Order?**

| | |
|---|---|
| Product Code: | 6575 |
| Price: | $32.99 |
| Stock: | Out Of Stock |