# EXHIBIT 4

knifecenter.com

16 Inch Competition Throwing Hatchet (NATF and WATL C... | Competition Thrower - Axes - Cold Steel at Reliks.com

KnifeCenter
the original & largest online catalog of cutlery

Search.... knifeREWARDS Account 0

Find It Brands Knives Kitchen Shave Multi-Tools Flashlights Sword Sharpen Outdoor/Survival Military/LE More

KC EXCLUSIVE CPM-20CV BENCHMADE GRIPTILIAN! DETAILS

Cold Steel 90AXF Competition Throwing Hatchet 16" Overall





$26.95

* Pricing Info

MSRP* : ~~$38.99~~ | You Save* : $12.04 (31%)

Read 1 review | Write a Review

Qty: 1 Add to Cart

Part #: CS90AXF | Cold Steel Knives

Out of Stock, but typically ships from KnifeCenter within 7-10 business days.

Calculate Shipping

Earn 270 knifeREWARDS Points!

Save to Wishlist

Overview | Reviews

Description

**CS90AXF: Cold Steel 90AXF Competition Throwing Hatchet 16" Overall**

*Cold Steel Knives*

Description

**CS90AXF: 90AXF Competition Throwing Hatchet**

***Cold Steel***

**Meets NATF and WATL tournament regulations!**

Cold Steel has modified their Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

Specifications

- Item Number: 90AXF
- Item Name: Competition Thrower
- Weight: 28.8 oz.
- Handle: American Hickory
- Overall: 16.0"
- Steel: Drop Forged 1055 Carbon Steel
- Made in Taiwan

Throwing Series



Cold Steel 80STMA Black Fly Throwing Knife 8" Overall
$9.99



Cold Steel 80STRB Pro Balance Sport Throwing Knife 13-1/4" Overall
~~$19.99~~ $16.95