# EXHIBIT 5

pro.libertymountain.com

Competition Throwing Hatchet 16.00 In Len... | 16 Inch Competition Throwing Hatchet (NA... | Competition Thrower - Axes - Cold Steel at... | 90AXF Competition Throwing Hatchet 16"... | COMPETITION THROWER

Liberty Mountain ProDeal

Account | My Wish Lists | Sign In | Blog

Advanced Search | Returns

Liberty Mountain PRO

Search entire store here...

Brands New Camp & Hike Climb Snow Bike Run & Fitness Fishing Paddle Travel Apparel Professional Specials Pro Promos

Home > COMPETITION THROWER



# COMPETITION THROWER

COLD STEEL

★★★★★ 1 Review Add Your Review

Cold Steel modified their Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament! Meets NATF, WATL and IKTHOF tournament regulations!

SKU 382030

Retail Price: $38.99

Notify me when this product is in stock in the PA warehouse

Notify me when this product is in stock in the UT warehouse

| | |
|---|---|
| PA | Out of Stock |
| UT | Out of Stock |

Add to Cart Qty 1