# EXHIBIT 6



COLD STEEL ANYTIME ANYWHERE

OUT OF S

Competition Thrower

$38.99

HELP ?

Cold Steel Return policy

SKU# CS-

## About Competition Thrower

We've modified our Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

## Details

We've modified our Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

**Meets NATF, WATL and IKTHOF tournament regulations!**

- Head weight: 21 oz.
- Total weight: 30 oz. (1lb 14oz.)

## Tech Specs

| | |
|---|---|
| **Handle** | American Hickory |