# EXHIBIT 7

# CHATHAM VINTAGE AXE





## $29.00

The COLD STEEL Competition Throwing Hatchet 16.00 in Length is brand new. COLD STEEL Competition Throwing Hatchet 16.00 in Length ColdSteel modified their Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

**OUT OF STOCK**

SKU: classicaxe

Category: Axes

Product ID: 233