# EXHIBIT 8

opticsplanet.com

Axes - Cold Steel at... | 90AXF Competition... | COMPETITION THRO... | Product Page | Guide... | Chatham V

Toll-Free: +1-800-504-5897 Live Chat Help Center Check Order Status About Us Policies Reviews How To

Sign In or Register

FREE SHIPPING FREE RETURNS

All | Search by product, brand, category, deal or all of the above | SEARCH | SHOPPING CART

DEALS 4694 | SPORT OPTICS | GUN PARTS | AMMUNITION | SHOOTING | HUNTING | OUTDOOR & SURVIVAL | APPAREL & FOOTWEAR | EYEWEAR | MILITARY & TACTICAL | POLICE, FIRE, EMS | MORE... | NEW

3,995 Brands
637 Categories

Customize Your AR to Complete the Perfect Build SHOP NOW

Cold Steel > Camping Gear > Cold Steel Camping Gear

# Cold Steel Competition Throwing Hatchet, Drop Forged 1055 Carbon CS-90AXF Handle Finish: American Hickory, 11% Off

★★★☆☆ 3.0 rating with 2 reviews | Review & Rate | 0 Questions & 0 Answers | Add to compare



Cold Steel Competition Throwing

**Government Restriction**
By adding to cart, I understand and agree to the Domestic Restricted Product Policy and certify that I will comply with applicable federal, state and local laws and regulations.

**Handle Finish:** American Hickory **Blade Finish:** Satin
**Blade Material:** 1055 **Overall Length:** 16 in
Code:24-A2-COUP52-CS-90AXF
MPN:CS-90AXF
UPC:705442018971

~~$38.99~~ Save 11% $34.89

PLACE BACKORDER

**Extended backorder - unknown ETA**
Receive **$0.70 OP Bucks**

FREE SHIPPING* & FREE RETURNS*

Expert Advice | RFQ | Price Match | Add to Wishlist

## Questions & Answers

Ask a Question About This Product

## Customer Reviews

Helpful Positive Review
**Great competitive throwing axe**
by PBR25, January 28, 2020
★★★★★
This is an amazing axe for competitive throwing with both the tall flat blade and narrow profile it sinks clean into the board especially for those clutches. Not to mention how quick the straight handle releases it takes little to no power to get you…
Read More…
2/2 found this helpful

Most Recent Reviews
**Save your money**
by Jim, January 1, 2020
★☆☆☆☆
The hatchet threw well for about 5 throws then the head broke off the handle. It completely surprised me because I thought a competition throwing axe would hold up to being thrown, I'm trying to find replacement handle but haven't been able to.
0/1 found this helpful

Read All 2 Reviews

## Related Reviews

- Cold Steel Competition Throwing Hatchet, Drop Forged 1055 Carbon
- All Cold Steel Camping Gear Reviews
- All Camping Gear Reviews
- All Cold Steel Reviews
- All Customer Product Reviews

Products You Might Like 1–4 / 10



Cold Steel US 1860 Heavy Cavalry 36in.
~~$399.99~~ (Save 45%)
$219.99
Compare



Cold Steel Trail Boss Axe, Hickory Handle
★★★★★ (3)
~~$49.99~~
$49.89
Compare



Cold Steel Axe Gang Hatchet Axe
★★★★☆ (4)
~~$41.99~~ (Save 11%)
$37.39
Compare

Best Rated




6 models
Winchester USA 5.56x45mm NATO 55 grain
★★★★★ (43)
As Low As (Save Up to 40%)
$0.54 - $11.99
$1.05/Round
Compare



2 models
TRYBE Defense Ambidextrous Enhanced Mil-
★★★★☆ (250)
~~$49.99~~ (Save 30%)
$34.99
Compare

## Product Info for Cold Steel Competition Throwing Hatchet, Drop Forged 1055 Carbon

We've modified our Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

**Features/Specifications:**

Weight 28.8 oz.
Thickness No
Blade Length No
Handle American Hickory
Steel/Material Drop Forged 1055 Carbon
Overall 16in
Additional Feature Meets WATL and NATF requirements for tournament play.
**WARNING**: California`s Proposition 65

## Specifications for Cold Steel Competition Throwing Hatchet, Drop Forged 1055 Carbon:

| | |
|---|---|
| **Handle Finish:** | American Hickory |
| **Blade Finish:** | Satin |
| **Blade Material:** | 1055 |