# EXHIBIT 9

cuttingedgecutleryco.com

Hatchet 16.00 In... | 16 Inch Competit... | Axes - Cold Steel... | 90AXF Competiti... | COMPETITION T... | Product Page | G... | Chatham Vintage... | Hatchet, Drop Fo... | 16" Competition...

Home › Cold Steel 16" Competition Throwing Hatchet American Hickory - 90AXF



Click to expand



# Cold Steel 16" Competition Throwing Hatchet American Hickory - 90AXF

by Cold Steel

Sold out ~~$79.99~~ $64.99

Quantity 1

Sold out

**Meets NATF, WATL and IKTHOF tournament regulations!** We've modified our Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. **Head weight: 21 oz. Total weight: 30 oz. (1lb 14oz.)**

| | |
|---|---|
| **Part #** | 90AXF |
| **Weight** | 21oz. Head / 30oz. Overall |
| **Thickness** | No |
| **Blade Length** | No |
| **Handle** | American Hickory |
| **Steel / Material** | Drop Forged 1055 Carbon |
| **Overall** | 16" |
| **Additional Feature** | Meets NATF, WATL and IKTHOF requirements for tournament play. |

Rewards