# EXHIBIT 10

Spin the Wheel and Try Your Luck Get Lucky

Explore | All | Search our global search engine for products, cat | US | Delivery : Canada | English | Account | Cart 0

4.4 out of 5
392 customers ratings

| | | |
|---|---|---|
| 5 Star | | 70% |
| 4 Star | | 14% |
| 3 Star | | 6% |
| 2 Star | | 3% |
| 1 Star | | 7% |

**Review this product**

Share your thoughts with other customers

Write a customer review



Enter search terms

Sort by | Most Recent

**sm•• ••ky** — January 10, 2022

**most excellent throwers**

I really like these. For the price you can't beat em.

**Am•• ••34** — December 27, 2021

**Disappointing**

Not durable. Easily broken in first 30 mins of use. Don't waste your money on this one.

**Mi•• ••ke** — December 26, 2021

**Well... junk...**

My oldest son's Christmas.... Got them yesterday for Christmas and both broke today...

**he•• ••el** — November 25, 2021

**The axe head could be about 4 ounces lighter!! For throwing!!**

A great throwing axe had to remount the head to the handle it was mounted backwards!! Turned the handle down on the hand end to the size of a tomahawk dandle works perfect!!!

**Ni•• ••io** — November 11, 2021

**This axe broke**

One of these things broke on the 1st throw. We had an engineer look at it and he said the inside was all rotted wood.

**Jo•• ••on** — November 10, 2021

**Just garbage**

Ya, lasted about 80 throws then broke. Don't buy this as a throwing axe. Thought I would go with something on the cheaper end. That was a mistake.

**Ti•• ••nk** — October 19, 2021

**6 throws and handle broke... maybe a got a bad one**

this was listed as a throwing ax. i threw it 6 or 7 times at a fairly soft target and handle broke. Otherwise it looks great.. Maybe I got a bad one

**Ku•• ••rt** — October 17, 2021

**Nice axe but... the handle, not so much**

This axe seemed to be a great purchase and better than the WATL axe in my opinion. My issue is with the handle. After only about 15 throws the handle split down the middle from the head of the axe to the base. I've seen axes snap at the head of the axe, not the length of the handle. The steel and weight are great! This would be a 5 star except the handle is not good. Maybe it was a one off due to the wood.