# EXHIBIT 11

NEW GRAHAM KNIVES
LIVING ON THE EDGE
Free shipping Over $100 US only
Call toll free 1-866-333-4445
Search

Knives | Clearance Items | Spyderco Clearance | Accessories | Flashlights | Knife Care Products | Sharpeners | Kitchen Knives

Home / Knives / Cold Steel / Tomahawks / Competition Throwing Axe - 1055 Drop Forged Head - American Hickory Handle - Meets NATF, WATL & IKTHOF Regulations



CS90AXF

# Competition Throwing Axe - 1055 Drop Forged Head - American Hickory Handle - Meets NATF, WATL & IKTHOF Regulations

**$29.97**

*In stock*

1 | Add To Cart | add to list | add to registry

Description | Reviews

Cold Steel 90AXF Competition Throwing Axe.
Meets NATF, WATL and IKTHOF tournament regulations!
Cold Steel has modified their Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!
SPECIFICATIONS:
--Blade Steel: Drop Forged 1055 High Carbon
--Handle Material: American Hickory