# EXHIBIT 12

outfit4events.com

Outfit 4 Events

Enter a search term Search

Quantity: 0 pcs
Price: 0 €

Weapons | Costumes | Armour | Footwear | Leather products | Forged items | Resin Statues | More

Homepage » Weapons » Axes » Throwing axes » Cold Steel Competition Throwing Axe

# Cold Steel Competition Throwing Axe



Cold Steel's Competition Thrower features a drop-forged 1055 high carbon steel head with a straight, sharp, 4 in (approx. 10 cm) cutting edge, and a straight grained American hickory handle. The blade and handle are both adorned with the Cold Steel logo on one side. Delivery includes an edge protective cover made of rubber. More information

in stock: 2 pcs , Delivery date

**53,00 €**

**43,80 €** excl. VAT

1 Add to basket

Period: Modern times / **Miscellaneous**

Product No: 11022



**Cold Steel Competition Throwing Axe**

Product description | Reviews (0) | Comments (0) | Similar products (16)

# Cold Steel Competition Throwing Axe

Cold Steel has modified the well-known and beloved Axe Gang Hatchet (Product No. 90AXG) to meet regulations for many modern axe throwing events. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

Meets most axe throwing association requirements for tournament play, i.a. NATF and WATL (please always check in advance with the respective tournament organizers)

- Blade material: drop-forged 1055 high carbon steel
- Handle material: American hickory
- Overall length: approx. 41 cm
- Hawk length: approx. 13 cm
- Edge length: approx. 10 cm
- Weight: approx. 870 g (head only approx. 600 g)
- Incl. rubber edge cover
- Cold Steel Product No.: 90AXF




## FAQ

- From which kind of wood do you make the handles of your axes?

## Do not hesitate to contact us



608 973 359 (Mo-Fr, 8:00-16:00 CET)

info@outfit4events.com

Ask a questions