# EXHIBIT 13

# Cold Steel Competition Throwing Hatchet 16.00 in Length

12 sold in last 15 hours

**Availability:** Many in stock

**$42.90**

ColdSteel modified their Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for...

**Quantity** Size Guide

1

Subtotal: **$42.90**

ADD TO CART

ADD TO WISH LIST

BUY IT NOW

50 customers are viewing this product