# EXHIBIT 14

gdfb.co.uk

aft Cocktails — Western Son Distillery

Competition Throwing Axe






**Stock Status:** ✖ Sold Out

Features a drop-forged 1055 high carbon steel head

**Sorry, this item is out of stock. Fill in your Email address below to be notified when this item is available again.**

Add to your **Wish List**

PayPal

Pay in 3 interest-free payments of £13.33 with **PayPal.**
Learn more

Email Me When Back In Stock

Example: example@email.com | Submit

You will earn **40** points with this purchase

Info | Specs

Cold Steel® Competition Throwing Axe

Cold Steel® has modified the well-known and loved *Axe Gang® Hatchet* (Product No. 90AXG) to meet regulations for many modern axe throwing events. Now you can customise your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

Cold Steel®'s Competition Thrower features a drop-forged 1055 high carbon steel head with a straight, sharp, 4 in (approx. 10 cm) cutting edge, and a straight grained American hickory handle. The blade and handle both have the the Cold Steel® logo on one side. Delivery includes an edge protective cover made of rubber.

**Details:**

Meets most axe throwing association requirements for tournament play, i.a. NATF and WATL (please always check in advance with the respective tournament organisers)

Blade material: drop-forged 1055 high carbon steel

Handle material: American hickory

Overall length: approx. 41 cm