# EXHIBIT 15

importitall.co.za

Competition Throwing Axe | Cold Steel Competition Throwing Hatchet, 16" - Import It All

Sports & Outdoors > Outdoor Recreation > Camping & Hiking > Knives & Tools > Axes & Hatchets


Get R200 off your first order, with a minimum spend of R650.
Use code GET200 at checkout!
GOT IT!





# Cold Steel Competition Throwing Hatchet, 16"

R 1,100

ADD TO CART

Availability: Currently in Stock
Delivery: 10-20 working days

This item may be available in a different size, colour, scent, version or platform:

Other Sizes / Colours / Scents / Versions or Platforms

DESCRIPTION | SPECIFICATIONS

- We've modified our Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league.
- Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament.
- Meets most axe throwing association requirements for tournament play.
- Blade made of drop forged 1055 Carbon Steel; Handle made of durable American Hickory.
- Specifications: 21 oz head weight, 30 oz overall weight, 16" overall length.

We've modified our Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!