# EXHIBIT 16

gpknives.com

Home » Cold Steel Competition Throwing Axe 90AXF

# Cold Steel Competition Throwing Axe 90AXF

**Model:** CS-90AXF
**Manufacturer:** Cold Steel

Retail: $38.99

## $31.19

IN STOCK (USUALLY SHIPS IN 24-48 HOURS)

Qty 1

ADD TO CART

♡ SAVE ITEM



## Specifications

| | |
|---|---|
| Overall Length | 16.00" |
| Head Length | 5.20" |
| Head Steel | 1055 |
| Blade Type | Carbon |
| Handle Material | Wood |

## Details

Cold Steel Competition Throwing Axe is a purpose built tool designed to meet NATF, WATL and IKTHOF tournament regulations. The Competition Throwing Axe is essentially a modified version of the classic Axe Gang Hatchet built to meet regulations for competition axe throwing in your favorite league.

Brand new, direct from Cold Steel.

**Head:** The head is drop forged 1055 carbon steel built for the durability required for throwing while having a geometry for a decisive stick in the target. The axe comes with a simple, black