# EXHIBIT 17

canadiangunnutz.com

Competition Throwing Axe | Cold Steel Competition Throwing Hatchet, 16" - Import It... | Cold Steel Competition Throwing Axe For Sale | $52.99 Cold Steel 90AXF Competition Throwing Hatchet...

Join Date: Jul 2020
Posts: 951




**Available here**

Cold Steel has modified their Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!
Item Number: 90AXF
Item Name: Competition Thrower
Weight: 28.8 oz.
Handle: American Hickory
Overall: 16.0"
Steel: Drop Forged 1055 Carbon Steel
Made in Taiwan