# EXHIBIT 18

# Cold Steel Competition Throwing Hatchet 16.00 in Length



Log-in

| | |
|---|---|
| **MAP** | $0.00 |
| **MSRP** | $38.99 |
| **SSI SKU** | 4018166 |
| **Qty Available** | 0 |
| **UPC** | 705442018971 |
| **MPN** | 90AXF |
| **Brand** | Cold Steel |
| **Category** | Axes and Hatchets |

**Description**

ColdSteel modified their Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

**Attributes**

- Head width: 5.00 in
- Overall length: 16.00 in
- Blade material: 1055
- Handle material: Wood
- No sheath or pocket clip