# EXHIBIT 19

wolverinegt.ca

Competition Throwing Axe | Competition Throwing Hatchet, 16" - Impor... | Cold Steel Competition Throwing Axe For S... | SSI - Cold Steel Competitior

Wolverine

FIREARMS AMMUNITION RELOADING CENTER HUNTING SHOOTING OPTICS FISHING BLADES GIFT CARDS



Lightspeed Image ID: 12712

# COLD STEEL - COMPETITION THROWING AXE, ITEM #90AXF

Anytime - Anywhere

**CA$48.95**

Availability: In Stock
Only **1** left
SKU#: 210000035200

1 Add to Cart

Details

Meets NATF, WATL and IKTHOF tournament regulations!

We've modified our Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

Head weight: 21 oz.