# EXHIBIT 20





## Competition Throwing Hatchet

Cold Steel

(No reviews yet) Write A Review

**SKU:** CS90AXF
**Condition:** New

**$56.99**

Quantity:

1

ADD TO CART | ADD TO WISH LIST

SHARE:

**DESCRIPTION**

**HEAD WEIGHT: 21OZ. TOTAL WEIGHT: 30OZ (1LB 14OZ.)**
**WEIGHT 21OZ. HEAD / 30OZ. OVERALL**
**THICKNESS NO**
**BLADE LENGTH NO**
**HANDLE AMERICAN HICKORY**
**STEEL / MATERIAL DROP FORGED 1055 CARBON**
**OVERALL 16"**

Meets NATF, WATL and IKTHOF tournament regulations!
We've modified our Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament