# EXHIBIT 21

wholesalehunter.com

ort It All | Cold Steel Competition Th... | SSI - Cold Steel Competiti... | Competition Throwing Axe... | Compe

1 match

WHOLESALE HUNTER

888-900-HUNT (4868)
34 Firetower Rd, Wetumpka, AL

Open 9 AM to 5 PM CST M-F

CREATE ACCOUNT

(0)
$0.00

GUNS AMMUNITION RELOADING SCOPES HUNTING FISHING CLEARANCE ALL CATEGORIES CRAIG BODDINGTON on CALIBERS

Search In: All Categories | Search here... | SEARCH

► Home Page ► Knives & Accessories ► Axes, Saws & Shears






## Cold Steel Competition Throwing Hatchet 16.00 in Length

Manufacturer **Cold Steel**
MFG NO 90AXF
SKU 11432147
UPC 705442018971
See more products from **Cold Steel**
There are no reviews yet for this item.
WRITE A REVIEW

**This item is on BACKORDER**

NOTIFY ME WHEN AVAILABLE

**RELATED PRODUCTS**



**Cold Steel Axe Gang Hatchet 1055 Carbon, Deep Forged Plain Hatchet 2025" American Hickory 90AXG**

For years, Cold Steel has tried to bring to market one of the devastating Chinese styled hatchets used with such awesome effect in countless Kung Fu movies The Cold Steel version, the Axe Gang Hatchet...

FLAT SHIPPING!

PRICE: $24.26 39% OFF!
MSRP: $39.99
Qty available at this price: 40
Total qty available: 404
1 Add to cart



**Cold Steel Trail Boss Axe Model: 90TA**

The Trail Boss is light and compact enough to carry all day in your hand or strapped to your pack, yet heavy and tough enough for chores that would make a hatchet or tomahawk scream for mercy Featurin...

FLAT SHIPPING!

PRICE: $32.37 35% OFF!
MSRP: $49.99
Qty available at this price: 2
Total qty available: 57
1 Add to cart



**Gerber Blades Exchange-A-Blade 7" Sport Saw w/2 blades 46036**

As pull saws go, Gerber Exchange-A-Blade Saws more than hold their own The stainless steel blades are as sharp and durable as the dickens, whether you're using the coarse blade on wood or the fine bla...

PRICE: $20.00 20% OFF!
MSRP: $24.87
Total qty available: 28
1 Add to cart

SUMMARY | SPECIFICATIONS | MANUFACTURER | QUANTITY PRICING | REVIEWS

Cold Steel Competition Throwing Hatchet 16.00 in Length

ColdSteel modified their Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!|2.0|17.25|6.5|1.38|Head width: 5.00 in|Overall length: 16.00 in|Blade material: 1055|Handle material: Wood|No sheath or pocket clip|||true|WARNING - This product can expose you to chemicals including NICKEL, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov

