# EXHIBIT 22

ableammo.com

SINCE 1973

936-295-5786 A+ ACCREDITED BUSINESS

SELECT CATEGORY | KEYWORD OR PRODUCT#... | INFORMATION | SALES

Home » Knives » Cold Steel Knives

Wednesday 19 January, 2022

# Cold Steel Competition Throwing Hatchet (90AXF)

**MPN:** 90AXF **UPC:** 705442018971

OUT OF STOCK



(0 reviews) Be the First to Review this Item

$31.19

OUT OF STOCK

NOTIFY ME | ADD TO WISHLIST

* Restrictions and Disclaimers

Description

**Description**

Meets NATF and WATL tournament regulations! We've modified our Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

PART # 90AXF
WEIGHT 28.8 oz.
THICKNESS No
BLADE LENGTH No
HANDLE American Hickory
STEEL / MATERIAL Drop Forged 1055 Carbon
OVERALL 16"
ADDITIONAL FEATURE Meets WATL and NATF requirements for tournament play.

**View All Items by this Manufacturer**