# EXHIBIT 23

swords-and-more.com

2 of 2 matches Begins with watl Done



This is an item from the Cold Steel program in 2017. mehr dazu



## COMPETITION THROWER

37,90 €
Inc.19 % MwSt.
zzgl. Versandkosten

ADD TO CART

item is normally available in about 3-4 weeks.
Meets NATF and WATL tournament regulations! We've modified our Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

Details:
Weight 28.8 oz.
Handle American Hickory
Steel / Material Drop Forged 1055 Carbon
Overall 16"

This is an item from the Cold Steel program in 2019. mehr dazu



## VIKING BATTLE AXE

74,90 €
Inc.19 % MwSt.
zzgl. Versandkosten

ADD TO CART

item is normally available in about 3-4 weeks.
Our Viking Battle Axe is intended to be used as a stand-alone weapon, but it can be paired effectively with a sword, shield, or long sax. It's a cutting, chopping, stabbing dynamo that any Viking worth his salt would, would envy. It's drop forged and features a wide curved cutting edge that terminates in horns or "points" on the ends. This means you can stab, parry, or hook shields or "limbs" with ease. Like our Viking Great Axe, it comes with a premium 30 inch long American Hickory

! CORONA INFO

Unsere Webseite verwendet Cookies, um Ihnen einen optimalen Service zu bieten. Durch die Nutzung dieser Webseite erklären Sie sich damit einverstanden. Mehr Informationen

Ablehnen Cookies zulassen