# EXHIBIT 24

cooperhunting.com

Axes & more | ColdSteel - Competition Thrower

Search | Go | Cart

Reach Us at: 419-549-8202

Connect:

Shop Categories | Hunting Blinds | Accessories & Replacement Items | Titan Leafy Suits | Videos | About Us | FAQ's | Dealer Directory | Consumer Login | Dealer Login

Cold Steel / Cold Steel: Throwers / CS-CS90AXF



Roll over or click to zoom in

# ColdSteel - Competition Thrower

Model# CS-CS90AXF
UPC 705442018971

Price: Too Low to Show!

**Availability: Temporarily out of stock**

- Add to Wishlist
- Email a Friend
- Print Brochure
- Share This

Quantity: 1

Add to Cart

Description | Reviews | Links

Meets NATF and WATL tournament regulations! We've modified our Axe Gang Hatchet, that you all know and love, to now meet NATF and WATL regulations for competition axe throwing. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!

**Specifications:**