# EXHIBIT 25

# DRAGON IMPACT

640 Yates Street, Victoria, BC, Canada
Showroom Open Daily 12pm to 5pm
sales@dragonimpact.com

FREE SHIPPING ON ORDERS OVER $200 WITHIN CANADA & USA

Home | Log In | Shopping Cart

Search SEARCH

CURRENCIES: Canadian Dollar

NOW IN YOUR CART 0 ITEMS

## Categories

- SHOP BY BRAND
- WEAPONS / TOOLS
- MMA & MARTIAL ARTS
- AIRSOFT & PAINTBALL
- MILITARY & SECURITY
- MOVIE, TV & GAMES
- L.A.R.P. & COSPLAY
- OTHER UNIQUE STUFF
- >> CLEARANCE <<

## Cold Steel - Competition Thrower Throwing Axe - 90AXF



larger image

~~$49.99~~

**$39.99**

**Save: 20% off**

Meets NATF, WATL and IKTHOF tournament regulations! We've modified our Axe Gang Hatchet, that you all know and love, to meet regulations for competition axe throwing in your favorite league. Now you can customize your competition throwing hatchet with your personal logos and bring your strongest game to the tournament!
Head weight: 21oz.
Total weight: 30oz (1lb 14oz.)

Weight 21oz. Head / 30oz. Overall

Handle American Hickory
Steel / Material Drop Forged 1055 Carbon
Overall 16"

Model: 5009750
1 Units in Stock
Manufactured by: Cold Steel

Add to Cart: 1

ADD THIS TO MY CART

Ask a question about this item

Product 52/291

PREV LISTING NEXT

WRITE A REVIEW

## New Products



Blade Daywalker Blood Warrior Sword w/Back Strap - SW889

~~$249.99~~

**$199.99**

## Customers who bought this product also purchased...