# EXHIBIT 26

🛒 ColdSteel - Competition Thrower    | 🛒 Cold Steel - Competition Thrower T

**Free Remington Rifle Cleaning Kit with** Any Purchase $99.99 or More While Supplies Last    Get Cod

Knives & Tools / Axes, Hatchets & Tomahawks / Hatchets

# Cold Steel Competition Thowing Hatchet 1055 Carbo Blade Hickory Handle

⭐ 5 Reviews | Write a Review   Ask a Question

Product #: 161462 | Manufacturer #: CS-90AX

Our Price: $36.99

SHIPS FREE
Out of Stock,

📅 Estimated In-St

**Blade Finish:**
Satin

Quantity: 1

Ad

Notify Me

Question

📧 Email to Fr

≡ Overview

📋 Specifications

❓ Q&A (0)

💬 Reviews (5)

## Suggested Products

**Cold Steel Axe Gang Hatchet 4" 1055 Carbon Steel Blade...**
⭐ 7 Reviews
$28.99
Add to Cart

**Cold Steel Templar Throwing Tomahawk 1050 High...**
⭐ 13 Reviews
$25.99
Add to Cart

**Hooyman Large Hatchet 1065 Black Carbon Steel...**
⭐ 2 Reviews
$35.99
Add to Cart

## Product Overview

Cold Steel has modified the Axe Gang Hatchet, that customers all know and love, to now meet NATF and WATL regulations for competition axe throwing. It features a differentially heat treated, drop-forged head - which has a hard edge capable of reaching razor sharpness, but a soft steel body for absorbing impact. It also features a hand-picked straight grain American Hickory handle.

Meets NATF and WATL tournament regulations!